UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: ALABAMA-MISSISSIPPI FARM INC.  § Case No. 16-01156-JAW
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stephen Smith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $361,341.57 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $490,658.43 | | |

3) Total gross receipts of $852,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $852,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $10,074,062.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $486,646.02 | $486,646.02 | $486,646.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $4,012.41 | $4,012.41 | $4,012.41 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $906,315.40 | $2,356,000.00 | $12,425,800.11 | $361,341.57 |
| TOTAL DISBURSEMENTS | $906,315.40 | $12,920,720.43 | $12,916,458.54 | $852,000.00 |

4) This case was originally filed under chapter 11 on 03/31/2016, and it was converted to chapter 7 on 06/29/2016. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2021      By: /s/ Stephen Smith
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | $726,000.00 |
| LEGAL MALPRACTICE CLAIM | 1149-000 | $125,000.00 |
| CATTLE | 1229-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$852,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | William Harrison, Bruce L. Johnson & Michael L. King | 4220-000 | NA | $10,074,062.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | $0.00 | $10,074,062.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - J. Stephen Smith | 2100-000 | NA | $45,850.00 | $45,850.00 | $45,850.00 |
| Attorney for Trustee Fees - Mississippi Department of Revenue | 3110-000 | NA | $0.00 | $0.00 | $0.00 |
| Accountant for Trustee, Fees - HARPER, RAINS, KNIGHT & COMPANY, P.A. | 3310-000 | NA | $2,507.50 | $2,507.50 | $2,507.50 |
| Accountant for Trustee, Fees - STEPHEN SMITH & COMPANY, P.C. | 3310-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Accountant for Trustee, Expenses - HARPER, RAINS, KNIGHT & COMPANY, P.A. | 3320-000 | NA | $54.40 | $54.40 | $54.40 |
| Accountant for Trustee, Expenses - STEPHEN SMITH & COMPANY, P.C. | 3320-000 | NA | $34.00 | $34.00 | $34.00 |
| Auctioneer Fees - TAYLOR AUCTION & REALTY | 3610-000 | NA | $66,000.00 | $66,000.00 | $66,000.00 |
| Auctioneer Expenses - TAYLOR AUCTION & REALTY | 3620-000 | NA | $5,150.75 | $5,150.75 | $5,150.75 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Banking and Technology Service Fee - People's United Bank | 2600-000 | NA | $1,220.24 | $1,220.24 | $1,220.24 |
| Banking and Technology Service Fee - People's United Bank | 2600-000 | NA | $643.60 | $643.60 | $643.60 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $11,401.40 | $11,401.40 | $11,401.40 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $162.48 | $162.48 | $162.48 |
| Income Taxes - Internal Revenue Service (post-petition) - UNITED STATES TREASURY | 2810-000 | NA | $96,276.00 | $96,276.00 | $96,276.00 |
| Other State or Local Taxes (post-petition) - ALABAMA DEPARTMENT OF REVENUE | 2820-000 | NA | $220.00 | $220.00 | $220.00 |
| Other State or Local Taxes (post-petition) - J. TYLER McCAUGHAN, PLLC | 2820-000 | NA | $1,025.44 | $1,025.44 | $1,025.44 |
| Other State or Local Taxes (post-petition) - MISSISSIPPI DEPARTMENT OF REVENUE | 2820-000 | NA | $17,463.67 | $17,463.67 | $17,463.67 |
| Attorney for Trustee Fees (Other Firm) - EILEEN N. SHAFFER | 3210-000 | NA | $31,872.50 | $31,872.50 | $31,872.50 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICE OF JERRY M. BLEVINS | 3210-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) - WATKINS & EAGER, PLLC | 3210-000 | NA | $117,801.50 | $117,801.50 | $117,801.50 |
| Attorney for Trustee Fees (Other Firm) - WILLIFORD, McALLISTER & JACOBUS, LLP | 3210-000 | NA | $1,562.50 | $1,562.50 | $1,562.50 |
| Attorney for Trustee Fees (Other Firm) - Watkins & Eager, PLLC | 3210-000 | NA | $21,651.00 | $21,651.00 | $21,651.00 |
| Attorney for Trustee Expenses (Other Firm) - EILEEN N. SHAFFER | 3220-000 | NA | $716.42 | $716.42 | $716.42 |
| Attorney for Trustee Expenses (Other Firm) - LAW OFFICE OF JERRY M. BLEVINS | 3220-000 | NA | $1,357.69 | $1,357.69 | $1,357.69 |
| Attorney for Trustee Expenses (Other Firm) - WATKINS & EAGER, PLLC | 3220-000 | NA | $1,325.54 | $1,325.54 | $1,325.54 |
| Attorney for Trustee Expenses (Other Firm) - Watkins & Eager, PLLC | 3220-000 | NA | $1,724.39 | $1,724.39 | $1,724.39 |
| Appraiser for Trustee Fees - HARTHCOCK-GRAHAM INSURANCE & REAL ESTATE | 3711-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Appraiser for Trustee Fees - PENANTLY TIMBERLAND MANAGEMENT, LLC | 3711-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Surveyor for Trustee Fees - HARRISON SURVEYING & MAPPING, LLC | 3991-620 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $486,646.02 | $486,646.02 | $486,646.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Law Offices of Craig M. Geno, PLLC | 6210-000 | NA | $4,012.41 | $4,012.41 | $4,012.41 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $4,012.41 | $4,012.41 | $4,012.41 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | William Harrison, Estate of Bruce L. Johnson, Deceased & Michael L. King | 7100-000 | $0.00 | $0.00 | $10,069,800.11 | $361,341.57 |
| 3 | Reach, Inc | 7200-000 | $0.00 | $2,356,000.00 | $2,356,000.00 | $0.00 |
| N/F | Bruce L. Johnson c/o William Harrison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael King c/o William Harrison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Reach, Inc. | 7100-000 | $906,315.40 | NA | NA | NA |
| N/F | William Harrison | 7100-000 | $0.00 | NA | NA | NA |
| | TOTAL GENERAL UNSECURED CLAIMS | | $906,315.40 | $2,356,000.00 | $12,425,800.11 | $361,341.57 |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-01156-JAW
Case Name: ALABAMA-MISSISSIPPI FARM INC.
For Period Ending: 08/20/2021

Trustee Name: (440020) Stephen Smith
Date Filed (f) or Converted (c): 06/29/2016 (c)
§ 341(a) Meeting Date: 08/04/2016
Claims Bar Date: 11/05/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>13545 HIGHWAY 503<br>DECATUR MS 39327 | 101,260.00 | 500,000.00 | | 726,000.00 | FA |
| 2 | LEGAL MALPRACTICE CLAIM<br>ALABAMA MISSISSIPPI FARM, INC v. WILLIAM C. BREWER, III<br>SUMTER CO., AL CIRCUIT COURT (CV-2014-00026) | 250,000.00 | 250,000.00 | | 125,000.00 | FA |
| 3 | CATTLE (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 3 | Assets Totals (Excluding unknown values) | $352,260.00 | $751,000.00 | | $852,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Attorneys: Eileen Shaffer / Jim Spencer / Jerry Blevins
Assets: 321 Acres in Newton Co. MS and 25% interest in malpractice claim in Alabama v. Wm Brewer.
Related case: Heritage Real Estate & Investment, Inc - 14-03603-NPO
10/05/2016 - Received the timber appraisal.
12/03/2016 - Sent email to Surveyor and Appraiser to check on the status of the survey and appraisal.
01/25/2017 - Motion filed to approve live auction of property in Newton County, MS.
05/19/2017 - Live auction conducted to sell the Newton County acreage.
06/13/2017 - Third party filed Adv. Proceeding 17-00038-NPO in an attempt to stop the sale of the Newton County acreage.
06/21/2017 - Order entered approving the sale of cattle.
07/05/2017 - Order entered disallowing the claim of Reach, Inc.
08/16/2017 - Applications filed for approval of attorney fees of Eileen Shaffer and of Watkins & Eager.
11/13/2017 - Objection filed against claim #2.
06/14/2019 - Attended hearing re: motion for interim distribution to unsecured creditors.
06/07/2019 - Hearing held with Judge Hardaway in Sumter County, AL Court re: the malpractice claim - mediation is scheduled for 10/02/2019 in Birmingham, Alabama.
08/09/2019 - Hand-delivered checks (interim distribution) to Doug Noble, Vangela Wade and Jeff Rawlings pursuant to the order re: Claim #2 entered 07/18/2019 (Docket #331.)
10/06/2020 -  Received settlement funds from the legal malpractice claim.
10/09/2020 - Paid Special Counsel: Jerry Blevins.
02/02/2021 - Paid atty for trustee fees - order of 02/02/2021.
08/20/2021 - Prepared TDR and submitted to the US Trustee for review and approval.

Initial Projected Date Of Final Report (TFR): 12/31/2018      Current Projected Date Of Final Report (TFR): 05/20/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******2366 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/28/17 | {1} | TAYLOR AUCTION & REALTY, INC. | PARTIAL PAYMENT (DEPOSIT TENDERED AT AUCTION) ON SALE OF NEWTON COUNTY MS ACREAGE | 1110-000 | 72,600.00 | | 72,600.00 |
| 07/28/17 | | J. TYLER McCAUGHAN, PLLC | BALANCE OF SALE PROCEEDS - NEWTON COUNTY, MS ACREAGE | | 652,374.56 | | 724,974.56 |
| | {1} | | BALANCE OF SALE PROCEEDS $653,400.00 | 1110-000 | | | |
| | | | PRO-RATED 2017 REAL ESTATE TAXES WITHHELD AT CLOSING -$1,025.44 | 2820-000 | | | |
| 07/28/17 | {3} | J. TYLER McCAUGHAN, PLLC | PROCEEDS FROM SALE OF CATTLE | 1229-000 | 1,000.00 | | 725,974.56 |
| 08/03/17 | 101 | PENANTLY TIMBERLAND MANAGEMENT, LLC | FEES FOR TIMBER APPRAISAL - NEWTON COUNTY ACREAGE - ORDER 08/19/2016 (DOCKET 82 & 100) | 3711-000 | | 1,000.00 | 724,974.56 |
| 08/03/17 | 102 | HARTHCOCK-GRAHAM INSURANCE & REAL ESTATE | FEES FOR LAND APPRAISAL - NEWTON COUNTY ACREAGE - ORDER 08/19/2016 (DOCKET 83) | 3711-000 | | 1,000.00 | 723,974.56 |
| 08/03/17 | 103 | HARRISON SURVEYING & MAPPING, LLC | FEES FOR SURVEY - NEWTON COUNTY ACREAGE - ORDER 08/19/2016 (DOCKET 84) | 3991-620 | | 6,500.00 | 717,474.56 |
| 08/03/17 | 104 | WILLIFORD, McALLISTER & JACOBUS, LLP | ATTORNEY FOR TRUSTEE FEES - NEWTON COUNTY ACREAGE - ORDER 04/18/2017 (DOCKET 125) | 3210-000 | | 1,562.50 | 715,912.06 |
| 08/03/17 | 105 | TAYLOR AUCTION & REALTY | FEES & EXPENSES - AUCTIONEER FOR TRUSTEE (LIVE AUCTION) - NEWTON COUNTY ACREAGE - ORDER 06/22/2017 (DOCKET 154) | | | 71,150.75 | 644,761.31 |
| | | | FEES $66,000.00 | 3610-000 | | | |
| | | | EXPENSES $5,150.75 | 3620-000 | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 975.86 | 643,785.45 |
| 09/12/17 | 106 | EILEEN N. SHAFFER | ATTORNEY FOR TRUSTEE - ORDER 09/12/2017 (DOCKET 184) | | | 18,033.28 | 625,752.17 |
| | | | FEES $17,422.50 | 3210-000 | | | |
| | | | EXPENSES $610.78 | 3220-000 | | | |
| 09/12/17 | 107 | WATKINS & EAGER, PLLC | ATTORNEY FOR TRUSTEE - ORDER 09/12/2017 (DOCKET 185) | | | 14,417.51 | 611,334.66 |
| | | | FEES $14,357.50 | 3210-000 | | | |
| | | | EXPENSES $60.01 | 3220-000 | | | |

Page Subtotals:    $725,974.56    $114,639.90

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******2366 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 881.46 | 610,453.20 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 936.58 | 609,516.62 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 876.69 | 608,639.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 846.25 | 607,793.68 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 961.64 | 606,832.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 814.64 | 606,017.40 |
| 03/15/18 | 108 | UNITED STATES TREASURY | VOIDED - DID NOT PRINT THIS CHECK - THIS TAX REMITTANCE IS REQUIRED TO BE MADE ELECTRONICALLY THROUGH THE IRS EFTPS PROCEDURES - ORDER 02/27/2018 (DOCKET 229) Voided on 03/15/2018 | 2810-000 | | 96,276.00 | 509,741.40 |
| 03/15/18 | 108 | UNITED STATES TREASURY | VOIDED - DID NOT PRINT THIS CHECK - THIS TAX REMITTANCE IS REQUIRED TO BE MADE ELECTRONICALLY THROUGH THE IRS EFTPS PROCEDURES - ORDER 02/27/2018 (DOCKET 229) Voided: check issued on 03/15/2018 | 2810-000 | | -96,276.00 | 606,017.40 |
| 03/15/18 | 109 | MISSISSIPPI DEPARTMENT OF REVENUE | 2017 CORPORATE INCOME & FRANCHISE TAX - ADMINISTRATIVE EXPENSE - ORDER 02/27/2018 (DOCKET 229) | 2820-000 | | 17,796.00 | 588,221.40 |
| 03/15/18 | 110 | ALABAMA DEPARTMENT OF REVENUE | 2018 ANNUAL BUSINESS PRIVILEGE TAX - ADMINISTRATIVE EXPENSE - ORDER 02/27/2018 (DOCKET 229) | 2820-000 | | 110.00 | 588,111.40 |
| 03/15/18 | 111 | OFFICE OF THE UNITED STATES TRUSTEE | U.S. TRUSTEE QUARTERLY FEES - ADMINISTRATIVE EXPENSE - CLAIM #1 - ORDER 02/27/2018 (DOCKET 229) | 2950-000 | | 325.00 | 587,786.40 |
| 03/15/18 | 112 | EILEEN N. SHAFFER | ATTORNEY FOR TRUSTEE - ORDER 02/27/2018 (DOCKET 230) | | | 4,684.84 | 583,101.56 |
| | | | FEES $4,647.50 | 3210-000 | | | |
| | | | EXPENSES $37.34 | 3220-000 | | | |
| 03/15/18 | 113 | WATKINS & EAGER, PLLC | ATTORNEY FOR TRUSTEE - ORDER 02/27/2018 (DOCKET 231) | | | 13,636.24 | 569,465.32 |
| | | | FEES $12,468.00 | 3210-000 | | | |
| | | | EXPENSES $1,168.24 | 3220-000 | | | |
| 03/15/18 | 114 | STEPHEN SMITH & COMPANY, P.C. | CPA FOR TRUSTEE - ORDER 02/27/2018 (DOCKET 232) | | | 1,084.00 | 568,381.32 |
| | | | Page Subtotals: | | $0.00 | $42,953.34 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******2366 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | FEES $1,050.00 | 3310-000 | | | |
| | | | EXPENSES $34.00 | 3320-000 | | | |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 859.54 | 567,521.78 |
| 04/02/18 | | UNITED STATES TREASURY | ADMINISTRATIVE EXPENSE - 2017 CORPORATE INCOME TAXES DUE THE I.R.S. - REQUIRED TO BE REMITTED THROUGH THE I.R.S. ELECTRONIC FUNDS TAX PAYMENT SYSTEM (EFTPS) | 2810-000 | | 96,276.00 | 471,245.78 |
| 04/05/18 | | MISSISSIPPI DEPARTMENT OF REVENUE | CORPORATE INCOME TAX REFUND | 2820-000 | | -366.33 | 471,612.11 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 655.62 | 470,956.49 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 745.20 | 470,211.29 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 653.78 | 469,557.51 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 720.41 | 468,837.10 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 696.83 | 468,140.27 |
| 09/26/18 | 115 | WATKINS & EAGER, PLLC | ATTORNEY FOR TRUSTEE FEES - ORDER 09/25/2018 (DOCKET 296) | 3210-000 | | 6,240.00 | 461,900.27 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.11 | 461,541.16 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.79 | 461,123.37 |
| 06/27/19 | 116 | WATKINS & EAGER, PLLC | ATTORNEY FOR TRUSTEE FEES - ORDER 06/26/2019 (DOCKET #321) | 3210-000 | | 23,956.00 | 437,167.37 |
| 06/27/19 | 117 | EILEEN N. SHAFFER | ATTORNEY FOR TRUSTEE - ORDER 06/26/2019 (DOCKET #322) | | | 7,585.25 | 429,582.12 |
| | | | FEES $7,547.50 | 3210-000 | | | |
| | | | EXPENSES $37.75 | 3220-000 | | | |
| 06/27/19 | 118 | STEPHEN SMITH & COMPANY, P.C. | CPA FOR TRUSTEE FEES - ORDER 06/26/2019 (DOCKET #323) | 3310-000 | | 750.00 | 428,832.12 |
| 06/27/19 | 119 | MISSISSIPPI DEPARTMENT OF REVENUE | ADMINISTRATIVE EXPENSE STATE FRANCHISE TAXES - 2018 TAX YEAR - ORDER 06/26/2019 (DOCKET #324) | 2820-000 | | 34.00 | 428,798.12 |
| 06/27/19 | 120 | ALABAMA DEPARTMENT OF REVENUE | ADMINISTRATIVE EXPENSE TAXES - 2019 BUSINESS PRIVILEGE TAX - ORDER 06/26/2019 (DOCKET #324) | 2820-000 | | 110.00 | 428,688.12 |
| 07/31/19 | | Transition Transfer Debit | | 9999-000 | | 428,688.12 | 0.00 |

Page Subtotals: $0.00   $568,381.32

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| Case No.: | 16-01156-JAW |
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. |
| Taxpayer ID #: | **-***0259 |
| For Period Ending: | 08/20/2021 |

| | |
|---|---|
| Trustee Name: | Stephen Smith (440020) |
| Bank Name: | Mechanics Bank |
| Account #: | ******2366 Checking Account |
| Blanket Bond (per case limit): | $33,683,348.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 725,974.56 | 725,974.56 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 428,688.12 | |
| | | Subtotal | | | 725,974.56 | 297,286.44 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $725,974.56 | $297,286.44 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ********0809 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/19 |  | Transfer from 0061 to 0809 | Transfer from 0061 to 0809 | 9999-000 | 428,688.12 |  | 428,688.12 |
| 08/08/19 | 10121 | DOUGLAS C. NOBLE | INTERIM DISTRIBUTION ON CLAIM #2 - ATTORNEY LIEN OF PRUITT & PRUITT, PA - ORDER 07/18/2019 (DOCKET #331) | 7100-000 |  | 81,047.39 | 347,640.73 |
| 08/08/19 | 10122 | WILLIAM HARRISON | INTERIM DISTRIBUTION ON CLAIM #2 - ORDER 07/18/2019 (DOCKET #331) | 7100-000 |  | 72,984.21 | 274,656.52 |
| 08/08/19 | 10123 | THE ESTATE OF BRUCE L. JOHNSON (DECEASED) | INTERIM DISTRIBUTION ON CLAIM #2 - ORDER 07/18/2019 (DOCKET #331) | 7100-000 |  | 72,984.21 | 201,672.31 |
| 08/08/19 | 10124 | MICHAEL L. KING | INTERIM DISTRIBUTION ON CLAIM #2 - ORDER 07/18/2019 (DOCKET #331) | 7100-000 |  | 72,984.21 | 128,688.10 |
| 02/24/20 | 10125 | WATKINS & EAGER, PLLC | ATTORNEY FOR TRUSTEE - ORDER 02/24/2020 |  |  | 60,877.29 | 67,810.81 |
|  |  |  | FEES $60,780.00 | 3210-000 |  |  |  |
|  |  |  | EXPENSES $97.29 | 3220-000 |  |  |  |
| 03/31/20 |  | United Bank | Bank and Technology Services Fee | 2600-000 |  | 54.19 | 67,756.62 |
| 04/01/20 |  | To Account # xxxxxx0809 | Transfer of funds due to partner bank servicer transition | 9999-000 |  | 67,756.62 | 0.00 |

|  | COLUMN TOTALS | 428,688.12 | 428,688.12 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 428,688.12 | 67,756.62 |  |
|  | Subtotal | 0.00 | 360,931.50 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | NET Receipts / Disbursements | $0.00 | $360,931.50 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******2732 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
|---|---|---|---|
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******0809 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/20 |  | Transfer of funds | Transfer of funds from 12 digit account due to bank servicer change | 9999-000 | 67,756.62 |  | 67,756.62 |
| 04/30/20 |  | United Bank | Bank and Technology Services Fee | 2600-000 |  | 108.29 | 67,648.33 |
| 05/29/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 104.52 | 67,543.81 |
| 06/30/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 115.15 | 67,428.66 |
| 07/31/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 111.36 | 67,317.30 |
| 08/19/20 | 20126 | HARPER, RAINS, KNIGHT & COMPANY, P.A. | CPA FOR TRUSTEE - ORDER 08/14/2020 |  |  | 1,404.70 | 65,912.60 |
|  |  |  | FEES $1,377.50 | 3310-000 |  |  |  |
|  |  |  | EXPENSES $27.20 | 3320-000 |  |  |  |
| 08/31/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 103.41 | 65,809.19 |
| 09/30/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 112.20 | 65,696.99 |
| 10/06/20 | {2} | ATTORNEYS INSURANCE MUTUAL OF THE SOUTH, INC. | SETTLEMENT PROCEEDS - LEGAL MALPRACTICE CLAIM | 1149-000 | 125,000.00 |  | 190,696.99 |
| 10/09/20 | 20127 | LAW OFFICE OF JERRY M. BLEVINS | ATTORNEY FOR TRUSTEE - ORDER 09/09/2020 |  |  | 51,357.69 | 139,339.30 |
|  |  |  | FEES $50,000.00 | 3210-000 |  |  |  |
|  |  |  | EXPENSES $1,357.69 | 3220-000 |  |  |  |
| 10/30/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 214.40 | 139,124.90 |
| 11/30/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 214.95 | 138,909.95 |
| 12/31/20 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 244.25 | 138,665.70 |
| 01/29/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 214.81 | 138,450.89 |
| 02/02/21 | 20128 | EILEEN N. SHAFFER | ATTORNEY FOR TRUSTEE FEES & EXPENSES - ORDER 02/02/2021 |  |  | 2,285.55 | 136,165.34 |
|  |  |  | FEES $2,255.00 | 3210-000 |  |  |  |
|  |  |  | EXPENSES $30.55 | 3220-000 |  |  |  |
| 02/26/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 205.39 | 135,959.95 |
| 03/14/21 | 20129 | Watkins & Eager, PLLC | Attorney for Trustee - Order 03/12/2021 |  |  | 23,375.39 | 112,584.56 |
|  |  |  | Fees $21,651.00 | 3210-000 |  |  |  |

Page Subtotals: $192,756.62    $80,172.06

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 16-01156-JAW | Trustee Name: | Stephen Smith (440020) |
| --- | --- | --- | --- |
| Case Name: | ALABAMA-MISSISSIPPI FARM INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***0259 | Account #: | ******0809 Checking Account |
| For Period Ending: | 08/20/2021 | Blanket Bond (per case limit): | $33,683,348.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Expenses $1,724.39 | 3220-000 |  |  |  |
| 03/26/21 | 20130 | HARPER, RAINS, KNIGHT & COMPANY, P.A. | CPA for Trustee - Order 03/26/2021 |  |  | 1,157.20 | 111,427.36 |
|  |  |  | Fees $1,130.00 | 3310-000 |  |  |  |
|  |  |  | Expenses $27.20 | 3320-000 |  |  |  |
| 03/31/21 |  | People's United Bank | Bank and Technology Services Fees | 2600-000 |  | 223.40 | 111,203.96 |
| 07/14/21 | 20131 | Stephen Smith | Trustee Commission - Order 06/29/2021 | 2100-000 |  | 45,850.00 | 65,353.96 |
| 07/14/21 | 20132 | Law Offices of Craig M. Geno, PLLC | Chapter 11 Attorney Fees for Debtor-In-Possession | 6210-000 |  | 4,012.41 | 61,341.55 |
| 07/14/21 | 20133 | William Harrison | Claim No. 2 - Order 06/29/2021 | 7100-000 |  | 20,447.18 | 40,894.37 |
| 07/14/21 | 20134 | Estate of Bruce L. Johnson, Deceased | Claim No. 2 - Order 06/29/2021 | 7100-000 |  | 20,447.18 | 20,447.19 |
| 07/14/21 | 20135 | Michael L. King | Claim No. 2 - Order 06/29/2021 | 7100-000 |  | 20,447.19 | 0.00 |

|  | COLUMN TOTALS | 192,756.62 | 192,756.62 | $0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CDs | 67,756.62 | 0.00 |  |
|  | Subtotal | 125,000.00 | 192,756.62 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | NET Receipts / Disbursements | $125,000.00 | $192,756.62 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 9

| | |
|---|---|
| **Case No.:** 16-01156-JAW | **Trustee Name:** Stephen Smith (440020) |
| **Case Name:** ALABAMA-MISSISSIPPI FARM INC. | **Bank Name:** People's United Bank |
| **Taxpayer ID #:** **-***0259 | **Account #:** ******0809 Checking Account |
| **For Period Ending:** 08/20/2021 | **Blanket Bond (per case limit):** $33,683,348.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2366 Checking Account | $725,974.56 | $297,286.44 | $0.00 |
| ********0809 Checking Account | $0.00 | $360,931.50 | $0.00 |
| ******2732 Checking Account | $0.00 | $0.00 | $0.00 |
| ******0809 Checking Account | $125,000.00 | $192,756.62 | $0.00 |
| | **$850,974.56** | **$850,974.56** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)